UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------- X

AILEEN GOLDSTEIN,

            Plaintiff,

  -against-

WALMART INC.,

            Defendants.
------------------------------------------- X

Case 1:22-cv-00088

**STIPULATION EXTENDING TIME TO RESPOND TO THE COMPLAINT**

**IT IS HEREBY STIPULATED, CONSENTED AND AGREED**, by and between the undersigned counsel, that:

1. The time for Walmart Inc. to answer, move or otherwise respond to the Summons and Complaint is extended to and including March 14, 2022.

2. This Stipulation may be signed in counterparts and facsimile and/or electronic signatures shall be deemed valid and binding.

Dated: Santa Monica, California
       January 28, 2022

DOVEL & LUNER, LLP

By: ___/s/ Jonas Jacobson___
    Jonas Jacobson, Esq.
    201 Santa Monica Blvd., Suite 600
    Santa Monica, CA 90401
    Telephone: (310) 656-7066
    *Attorneys for Plaintiff*

Dated: New York, New York
       January 28, 2022

SHOOK, HARDY & BACON, LLP

By: _/s/ Joseph Angelo Iemma_
    Joseph Iemma, Esq.
    1325 Avenue of the Americas, 28th Floor
    New York, New York 10019
    Telephone: (212) 989-8844
    *Attorneys for Defendant*
    *Walmart Inc.*

SO ORDERED:

_____
Lewis J. Liman, U.S.D.J.

January 28, 2022

02183592