**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
AILEEN GOLDSTEIN, individually and on
behalf of all others similarly situated,

                        Plaintiff,

-against-                                      22 **CIVIL** 0088 (LJL)

**JUDGMENT**

WALMART, INC.,

                        Defendant.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 28, 2022, Defendant's motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

       October 31, 2022

                                                             **RUBY J. KRAJICK**

                                                             _____
                                                             **Clerk of Court**

                             **BY:**      K. Mango

                                                             _____
                                                             **Deputy Clerk**